UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:14-cv-22657-DPG**

ROTHSCHILD STORAGE
RETRIEVAL INNOVATIONS, LLC,
A Florida limited liability company,

        Plaintiff,

vs.

NOKIA INC.,
a Delaware limited liability company,

        Defendant.
_____/

**DECLARATION OF ANDREW M. HOWARD IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT NOKIA INC.'S MOTION FOR STAY PENDING *INTER PARTES* REVIEW**

I, Andrew M. Howard, declare as follows:

    1.    I am an attorney at the law firm of Shore Chan DePumpo LLP, and counsel of record for Rothschild Storage Retrieval Innovations, LLC ("RSRI") in the above captioned action. I am over the age of 21 years, and am competent to make this declaration. This Declaration is being submitted in support of Plaintiff's Response to Defendant Nokia Inc.'s Motion for Stay Pending *Inter Partes* Review. All statements set forth herein are true and correct and are based on my personal knowledge.

    2.    Attached as **Exhibit A** is a true and correct copy of an email thread between Andrew M. Howard and Roozbeh Gorgin regarding conditions pertaining to the motion to stay.

    I declare under penalty of perjury that the foregoing is true and correct this 17th day of September, 2015, in Dallas, Texas.

1

Dated: September 17, 2015       /s/ *Andrew M. Howard*

                                Andrew M. Howard